DocuSign Envelope ID: E4231CA4-77B7-4B08-BCA2-7B184FB1E2A6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| MASON HALL, | |
| Plaintiff, | |
| | Case No. 1:21-cv-3450-LTB-MEH |
| v. | |
| JTP ENTERPRISES LLC d/b/a Cozy Inn, JAMES PARKS, an individual and GLORIA PARKS, an individual | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, and without fees or costs to any party as against the other. Each party shall bear their or its own costs and attorneys' fees.

This stipulation may be filed without further notice with the Clerk of the Court.

Respectfully submitted,

LAW OFFICE OF CYNTHIA E. WELLBROCK, LLC        ANDERSONDODSON, P.C.

*s/ Cynthia E Wellbrock*                                              *s/ Penn Dodson*
Cynthia E. Wellbrock, Esq.                                         Penn Dodson
CEW@cynthiawellbrock.com                                   penn@andersondodson.com

9

DocuSign Envelope ID: E4231CA4-77B7-4B08-BCA2-7B184FB1E2A6

| | |
|---|---|
| 7887 East Belleview Avenue, Suite 1100<br>Denver, CO  80111 | 11 Broadway, Suite 615<br>New York, NY  10004 |
| Attorneys for Defendants | Attorneys for Plaintiff |

SO ORDERED:

_____
U.S.D.J

Dated: _____