IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  21-cv-03450-LTB-MEH

MASON HALL,

       Plaintiff,

v.

JTP ENTERPRISES, LLC d/b/a Cozy Inn,
JAMES PARKS, an individual, and
GLORIA PARKS, an individual,

       Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 10 - filed February 24, 2022), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

         s/Lewis T. Babcock  
       Lewis T. Babcock, Judge

DATED:   February 25, 2022